15 So.2d 339

## Emmett HACKER v. STATE.

### 8 Div. 256.

Supreme Court of Alabama.

Oct. 21, 1943.

R. B. Patton and D. U. Patton, both of Athens, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and John J. Haynes, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of Emmett Hacker for certiorari to the Court of Appeals to review and revise the judgment and decision of that

Court in the case of Hacker v. State, 15 So.2d 336.

. Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.